# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0592

VERSUS

ELLIOT WAYNE GALLOWAY                         **AUGUST 2, 2022**

---

In Re:    Elliot Wayne Galloway, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 588,535.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.**

                            **JMM**
                            **MRT**
                            **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT